**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-11429(ELF) |
| CLARENCE J. MILLER | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | MAY 23, 2017 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**CERTIFICATE OF SERVICE**

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on May 1, 2017, upon the following individuals:

LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: May 1, 2017         By: /s/ Regina Cohen
                                Regina Cohen, Esquire
                                Attorneys for Ally Financial Inc.

## **SERVICE LIST**

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)

Clarence J. Miller
244 N. 58th Street
Philadelphia, PA 19139